**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 14-2116**

—————

ROUTE TRIPLE SEVEN LIMITED PARTNERSHIP,

Plaintiff - Appellant,

v.

TOTAL HOCKEY, INC., a Missouri corporation,

Defendant - Appellee.

—————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T.S. Ellis, III, Senior
District Judge.  (1:14-cv-00030-TSE-TRJ)

—————

Submitted:  April 30, 2015            Decided:  June 22, 2015

—————

Before NIEMEYER and DIAZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————

Affirmed by unpublished per curiam opinion.

—————

F. Douglas Ross, ODIN, FELDMAN & PITTLEMAN, PC, Reston,
Virginia, for Appellant.  Thomas B. Weaver, Matthew J. Reh,
ARMSTRONG TEASDALE LLP, St. Louis, Missouri, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Route Triple Seven Limited Partnership appeals the district court's order granting summary judgment in favor of Total Hockey, Inc. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Route Triple Seven Ltd. P'Ship v. Total Hockey, Inc., No. 1:14-cv-00030-TSE-TRJ (E.D. Va. Sept. 10, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED